FILED FEB 3 '14 PM 3:09 USBC-GSO

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.: 05-13925 |
| Renata Sheppard V'Estres xxx-xx-0047 | ) | |
| 3529 North Curch Street | ) | Chapter: C-13G |
| Greensboro, North Carolina  27405 | ) | |
| | ) | |
| Debtor(s) | ) | |

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

1. Dividend checks totaling the amount of Thirty Seven, One Hundred, Twenty Nine Dollars and Ninety Two Cents ($37,129.92) were issued by the trustee to THOMAS H. HOGSGEAD d/b/a T&T ENTERPRISES (the "Claimant") in the above referenced case.

2. The dividend checks were not negotiated by the Claimant. Therefore, the trustee, pursuant to 11 U.S.C. Section 347 (a), delivered the unclaimed funds to the Clerk of the U.S. Bankruptcy Court of the Middle District of North Carolina. The United States Treasury is currently holding these funds.

3. The claimant's current address and telephone number are:
   Name:       THOMAS H. HOGSHEAD (d/b/a T&T ENTERPRISES)
   Address:    1108-G Dover Road
               Greensboro, North Carolina  27408
   Telephone #:  1-336-889-6900

4. The Claimant's social security number is provided to the Court within the enclosed IRS Form 4-9.

5. The claimant did not receive or negotiate the dividend check for the following reason(s): The Claimant received the checks through the U.S. Mail. However, the Claimant failed to open the envelopes in which the checks were mailed to the Claimant and inadvertently failed to negotiate the funds to which he is entitled.

6. I am the Claimant named in paragraph #1. To the best of my knowledge, no other party is entitled to these funds. Proof of my identity in the form of a copy of my North Carolina Driver's License is attached hereto.

1

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Case No.: 05-13925 |
| **Renata Sheppard V'Estres xxx-xx-0047** | ) | |
| **3529 North Curch Street** | ) | Chapter: C-13G |
| **Greensboro, North Carolina 27405** | ) | |
| | ) | |
| Debtor(s) | ) | |

**CERTIFICATE OF SERVICE**

The undersigned (type or print name) THOMAS H. HOGSGEAD d/b/a T&T ENTERPRISES (the "Claimant") of (type or print address) 1108-G Dover Road, Greensboro, North Carolina, 27408, Hereby certifies:

That I am, and at all times hereinafter mentioned, more than 18 years of age, and that on the 21 day of January, 2014, I served a copy of the foregoing Motion for Payment of Unclaimed Funds, related documents, and a proposed Order for Payment of Unclaimed Funds upon the parties listed below by First Class Mail:

- U.S. Attorney for the Middle District of NC
  P.O. Box 1858
  Greensboro, NC 27402

Executed  01/21/2014
(Date)

By: _(Signature)_
THOMAS H. HOGSHEAD
d/b/a T&T ENTERPRISES